| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**HUSCH BLACKWELL LLP**<br>Rebecca R. Starner (NJ I.D. #304872019)<br>1801 Pennsylvania Ave., NW, Suite 1000<br>Washington, DC 20006<br>Telephone: 202.378.2300<br>Email: Rebecca.Starner@huschblackwell.com<br>**HUSCH BLACKWELL LLP**<br>Caleb T. Holzaepfel (admitted *pro hac vice*)<br>736 Georgia Avenue, Suite 300<br>Chattanooga, Tennessee 37402<br>Telephone: 423.755.2654<br>Email: Caleb.Holzaepfel@huschblackwell.com<br>*Attorneys for Bayer HealthCare, LLC* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>    Plaintiff,<br><br>v.<br><br>Bayer Healthcare, LLC,<br><br>    Defendant. | Adv. Proc. No. 25-ap-1487 (MBK) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

1

The undersigned counsel certifies that  Bayer HealthCare LLC ,
is a non-governmental corporation and that:

☑ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Bayer HealthCare LLC, a non-governmental entity, is an indirect subsidiary of Bayer AG. Bayer AG, a publicly held German stock company, has no parent company and no publicly held company owns 10% or more of its stock

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Rebecca R. Starner (NJ ID #304872019)
Signature of Attorney

1801 Pennsylvania Ave., NW, Suite 1000
Address

Washington DC  20006
City/State/Zip

1/8/2026
Date

2