| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>**ASK LLP**<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Counsel to Thomas A. Pitta, as Trustee of the RAD*<br>*Sub-Trust A* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD<br>Sub-Trust A,<br><br>                Plaintiff,<br><br>v.<br><br>Bayer Healthcare LLC,<br>                Defendant. | Adv. No. 25-01487 |

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. A Motion to Dismiss has been filed.

Dated: March 2, 2026

ASK LLP

/s/ Brigette McGrath
Brigette McGrath, Esq.
NJ SBN 01000-2011
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

-and-

Marianna Udem, Esq.
NJ SBN 03659-2006
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342

Counsel for Plaintiff

Dated:

HUSCH BLACKWELL LLP

/s/Rebecca Starner
Rebecca R. Starner, Esq.
NJ SBN 30487-2019
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2300
Email:
Rebecca.Starner@huschblackwell.com

-and-

Caleb T. Holzaepfel, Esq.
(admitted pro hac vice)
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone: (423) 755-2654
Email:
Caleb.Holzaepfel@huschblackwell.com

Counsel for Defendant